**LAW OFFICES**
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com**

December 19, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

      Re:   **United States v. Miesha Cato
                Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

      I write to respectfully request a modification of Ms. Cato's conditions of release. At present, she must abide by a curfew which restricts her to her residence between 7 PM and 5 AM. She has two children, and she is their sole caretaker. The children are now involved in school activities, including sports, which sometimes extend into the evening hours. In order to allow Ms. Cato to attend these events, which are important to her children, we respectfully request that her curfew be extended to allow her to be out until 9:00 PM rather than 7 PM. Pretrial Services Officer Shannon Finneran advises that she does not object to this modification, and that Ms. Cato has been in compliance with her restrictions. AUSA Justin Brooke advises that the government does not object.

      We also request that she be permitted to go to her sister's home in Ossining on Christmas Eve, and to remain there overnight until curfew on Christmas day, so she may celebrate with family. Again, Pretrial and the government do not object.

      Thank you for your courtesy and consideration.

Granted.
So Ordered
12/19/24

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

cc:   AUSA Justin Brooke (by ECF)
       USPTSO Shannon Finneran (by email)