**LAW OFFICES**
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

March 3, 2025

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:   United States v. Miesha Cato**
          **Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

    I write to respectfully request a temporary modification of Ms. Cato's conditions of release. At present, she must abide by a curfew which restricts her to her residence between 9 PM and 5 AM. Her son's basketball team will be playing in the county tournament at the County Center tomorrow night, from 8:00 until 10:30. In order to allow Ms. Cato to attend this event, which is important to her children, we respectfully request that her curfew be extended to allow her to be out until midnight on this one occasion. Pretrial Services Officer Shannon Finneran advises that she does not object to this modification, and that Ms. Cato has been in compliance with her restrictions. AUSA Justin Brooke advises that the government does not object.

    Thank you for your courtesy and consideration.

Granted.

So Ordered
/s/ KMK
3/3/25

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

cc:   AUSA Justin Brooke (by ECF)
       USPTSO Shannon Finneran (by email)