**LAW OFFICES**
## JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com**

April 5, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Miesha Cato
             Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

    I write to respectfully request a temporary modification of Ms. Cato's conditions of release. She is presently on GPS location monitoring, with a curfew.

    Her children will be on spring break from school the week of April 14, and a family reunion is planned in Myrtle Beach, South Carolina. Ms. Cato requests permission to travel to Myrtle Beach on April 13, returning on the 17th. The precise itinerary and the address of the hotel will be provided to Pretrial Services.

    I have discussed this request with Pretrial Services Officer Shannon Finneran, who advises that she cannot consent because overnight travel violates their policy, and contradicts the intended goals and purpose of location monitoring. Significantly, she advises that Ms. Cato has been in overall compliance with her restrictions. AUSA Justin Brooke advises that the government concurs with Pretrial.

    Notwithstanding this position, since she has been in compliance with restrictions and will continue to be monitored by the GPS bracelet, we respectfully request that she be permitted to travel.

    Thank you for your courtesy and consideration.

Granted, on the condition that Ms. Cato provide detailed travel information to Pre-Trial Services before her departure.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

So Ordered  4/7/25

JSW/hs

cc:    AUSA Justin Brooke    USPTSO Shannon Finneran