LAW OFFICES
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

April 24, 2025

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Miesha Cato**
            Docket # 24 CR 632 (KMK)

Dear Judge Karas;

    I write to respectfully request a modification of Ms. Cato's conditions of release. Currently, she is under curfew which requires her to be home by 9:00 PM.

    We ask that she be permitted to attend a gathering this Saturday evening, from 8:00 PM to 1:00 AM, at a venue near her home in Peekskill. Her family will be in attendance and she would like to join them.

    Pretrial Services Officer Shannon Finneran advises that she does not object to this modification. AUSA Justin Brooke advises that the government defers to Pretrial.

    Officer Finneran has been apprised of the precise location and provided with a copy of the invitation.

    Thank you for your courtesy and consideration.

Granted.
So Ordered.
/s/ MK

Respectfully yours,
*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs    4/24/25

cc:   AUSA Justin Brooke (by ECF)
       USPTSO Shannon Finneran (by email)