**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600   FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

June 3, 2025

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Miesha Cato**
             **Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

    I write to respectfully request a modification of Ms. Cato's conditions of release. At present, she must abide by a curfew which restricts her to her residence between 9 PM and 5 AM, and her travel is restricted to the Southern and Eastern Districts.

    I respectfully request that the requirement for electronic monitoring be removed, and that the curfew be lifted. Ms. Cato has responsibilities as a parent which often require her to be out later than the curfew hours, especially as summer approaches. She has demonstrated that she is a responsible person, in full compliance with restrictions and reporting requirements; thus, there is no need for continued restrictions on her liberty. She will remain under Pretrial supervision, and will abide by all other conditions of release.

    Pretrial Services Officer Shannon Finneran advises that she does not object to this modification, and that Ms. Cato has been in compliance with her restrictions. AUSA Justin Brooke advises that the government does not object.

    Thank you for your courtesy and consideration.

Granted.
So Ordered
6/3/25

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Justin Brooke (by ECF)
USPTSO Shannon Finneran (by email)