UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                             Plaintiff,                **MEMORANDUM**

           -against-                      ***7:24-cr-632 KMK***

Miesha Cato

                        Defendant.
------------------------------------------------------------X

TO:  <u>Hon., United States District Judge Kenneth M. Karas:</u>

     Please find attached a transcript of the 12/19/2025 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: February 4, 2026
       White Plains, New York

                              Respectfully Submitted,

                              s/ Victoria Reznik

                              _____

                              VICTORIA REZNIK
                              United States Magistrate Judge