**LAW OFFICES**
## JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

June 16, 2026

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

       **Re:**   **United States v. Miesha Cato**
              **Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

    Ms. Cato is scheduled to be sentenced on June 29. I have been directed to appear in USDC, NDNY in Utica on that date for a status conference with two incarcerated defendants. In addition, we need more time to permit the parties to prepare sentencing memoranda. We respectfully request that the sentencing be adjourned until August 5, 2026  at 2:00.

    AUSA Justin Brooke consents to this application. Ms. Bordes advises that the Court is available.

    Thank you for your courtesy and consideration.

Granted, but there will be no more such
adjournments.

                                          Respectfully yours,

So Ordered.

*John S. Wallenstein*
                6/16/26                    JOHN S. WALLENSTEIN
JSW/hs

cc:    AUSA Justin Brooke (by ECF)
       USPO Michelle Millan (by ECF)