**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600 FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

October 15, 2026

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

**Re: United States v. Miesha Cato**
**Docket # 24 CR 632 (KMK)**

Dear Judge Karas;

The sentencing of Ms. Cato is set for October 23, 2026. In order to permit the parties sufficient time to submit memoranda, I respectfully request that this sentencing be adjourned until November 2 at 2:00 p.m.

AUSA Justin Brooke consents to this application. Ms. Bordes advises that the Court is available.

Thank you for your courtesy and consideration.

Granted.

So Ordered.
[signature] 10/15/26

Respectfully yours,
John S. Wallenstein
JOHN S. WALLENSTEIN

JSW/hs

cc: AUSA Justin Brooke (by ECF)
USPO Michelle Millan (by ECF)